# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 24-652V

| | |
|---|---|
| RALEIGH GHARBI *and* CYRUS GHARBI *on behalf of A.G., a minor child*,<br><br>      Petitioners,<br><br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>      Respondent. | Chief Special Master Corcoran<br><br>Filed: January 8, 2025 |

*Diana Lynn Stadelnikas, Maglio Christopher & Toale, PA, Sarasota, FL*, for Petitioner.

*Michael Bliley, U.S. Department of Justice, Washington, DC*, for Respondent.

**RULING ON ENTITLEMENT**[1]

On April 24, 2024, Raleigh and Cyrus Gharbi ("Petitioners") filed a petition for compensation on behalf of their minor child, A.G., under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioners allege that A.G. suffered from intussusception as a result of receiving a rotavirus vaccination on June 13, 2023. Pet., ECF No. 1. Petitioners further allege that A.G. suffered the residual effects of his injury for more than six months. *Id.* The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On January 3, 2025, Respondent filed his Rule 4(c) report in which he concedes that Petitioners are entitled to compensation in this case. Respondent's Rule 4(c) Report at 1, ECF No. 22. Specifically, Respondent indicated that "A.G.'s intussusception meets the criteria of the Vaccine Injury Table." *Id.* at 3. Respondent does not dispute that Petitioners "have satisfied all legal prerequisites for compensation under the Act." *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

IT IS SO ORDERED.

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master